IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANA MARIE DEL VALLE, | : | CIVIL ACTION |
| | : | NO. 10-2330 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security | : | |
| Administration, | : | |
| | : | |
| Defendant. | : | |

### **O R D E R**

AND NOW, this **26th** day of **September 2011**, upon consideration of Plaintiff's request for review (doc. no. 8), Defendant's response (doc no. 9), and Plaintiff's reply (doc. no. 11), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (doc. no. 12), Plaintiff's objections thereto (doc. no. 13), and Defendant's reply thereto (doc. no. 14), it is hereby **ORDERED** for the reasons provided in the accompanying Memorandum that:

1. The Report and Recommendation (doc. no. 12) is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review (doc. no. 8) is **DENIED**;

3. Judgment shall be entered in this matter in favor of Defendant.

**AND IT IS SO ORDERED.**

                                                  S/Eduardo C. Robreno
                                                  **EDUARDO C. ROBRENO, J.**